**Order entered January 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01384-CV

## IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

Before the Court is appellant's December 31, 2014 motion to compel the trial court to file findings of fact and conclusions of law. The trial court signed the appealed order on July 28, 2014. Appellant filed an untimely request for findings of fact and conclusions of law on October 28, 2014. *See* TEX. R. CIV. P. 296. In her motion, appellant contends the appealed order was modified by the November 10, 2014 order of the associate judge granting attorney's fees and sanctions. This order, however, related to the Motion for Attorney's Fees and Costs of Petitioner in Bringing a Motion for Writ of Attachment. On October 23, 2014, the trial court signed an order denying appellant's motion to modify the appealed order. Moreover, on November 18, 2014, the trial court signed an order denying appellant's request for findings of fact and conclusions of law and her emergency motion to extend the deadline to request findings of fact and conclusions of law. Accordingly, we **DENY** appellant's motion.

/s/     ELIZABETH LANG-MIERS
         JUSTICE